IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GORDON COLE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-345-WKW |
| ) | [WO] |
| JAMES M. COUNTS, JARED ) | |
| MCPHAUL, and SHANNON R. ) | |
| CLARK, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 9.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's abandonment of the case and failure to comply with court orders.

A final judgment will be entered separately.

DONE this 22nd day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE